**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**WILLIAM JOSEPH HOLLY**                                        **PETITIONER**

**v.**                                         **No. 3:98CV53-A-A**

**STATE OF MISSISSIPPI, ET AL.**                                     **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, Ground 19, the final ground for relief in the present petition for a writ of *habeas corpus* filed by William Joseph Holly is **DENIED.**

     **SO ORDERED,** this the 30th day of March, 2010.

                                                              **/s/ Sharion Aycock**
                                                              **U.S. DISTRICT JUDGE**